IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-776-AP**

**DONNA BAKER,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

## ORDER
---

Kane, J.

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #18), filed September 18, 2009, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  It is

Further ordered that, upon remand, the Social Security Appeals Council will remand the matter to an administrative law judge (ALJ) for a supplemental hearing.  The ALJ will be directed to perform the following upon remand:

consult a medical expert regarding Plaintiff's disability onset date; and

consider all relevant evidence, including evidence from Julius J. Budnick, Plaintiff's treating physician.

Dated:  September 22, 2009.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT