IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-776-AP**

**DONNA K. BAKER,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #21), filed October 16, 2009, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff's counsel, Alan M. Agee, reasonable attorney fees in the amount of **$5,500.00**.

Dated at Denver, Colorado, this 19th day of October, 2009.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT